JS 44 (Rev. 09/11)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

**13   2675**

## I. (a) PLAINTIFFS
Emily Frazer

**DEFENDANTS**
Temple University, Andrew Cerett, Allied Barton Security Service, LLC, Allied Barton Security Services, LLC; Security Guard

**(b)** County of Residence of First Listed Plaintiff   Cumberland
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant   Philadelphia
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Jason P. Kutulakis, Esq., Abom & Kutulakis, LLP, 2 West High St., Carlisle, PA 17013 - - (717) 249-0900

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1  U.S. Government Plaintiff
- ☒ 3  Federal Question (U.S. Government Not a Party)
- ☐ 2  U.S. Government Defendant
- ☐ 4  Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 400 State Reapportionment |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability |  |  | ☐ 410 Antitrust |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander |  | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability / ☐ 368 Asbestos Personal Injury Product Liability |  | ☐ 820 Copyrights | ☐ 450 Commerce |
| ☐ 151 Medicare Act | ☐ 340 Marine |  | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | **LABOR** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / **PERSONAL PROPERTY** ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 371 Truth in Lending | ☐ 720 Labor/Mgmt. Relations | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☒ 360 Other Personal Injury / ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Med. Malpractice / ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise |  | ☐ 790 Other Labor Litigation | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
|  |  | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** |  | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights / ☐ 510 Motions to Vacate Sentence |  | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting | **Habeas Corpus:** | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment / ☐ 530 General |  |  | ☐ 950 Constitutionality of State Statutes |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations / ☐ 535 Death Penalty | **IMMIGRATION** |  |  |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application |  |  |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other / ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - Alien Detainee (Prisoner Petition) |  |  |
|  | ☐ 448 Education / ☐ 555 Prison Condition / ☐ 560 Civil Detainee - Conditions of Confinement | ☐ 465 Other Immigration Actions |  |  |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☐ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district *(specify)*
- ☐ 6 Multidistrict Litigation

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
42 USC §1983; Title IX

Brief description of cause:
Assault, Hostile Retaliation Education Environment; Harassment based on sex

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

**DEMAND $**

CHECK YES only if demanded in complaint:
**JURY DEMAND:**   ☒ Yes   ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*
JUDGE _____   DOCKET NUMBER _____

**DATE**   1-10-13
**SIGNATURE OF ATTORNEY OF RECORD**   [signature]

---

**FOR OFFICE USE ONLY**

RECEIPT #   AMOUNT   APPLYING IFP   JUDGE   MAG. JUDGE

UNITED STATES DISTRICT COURT

LDD  Transfer from the Middle District of PA → 5/15/13

FOR THE EASTERN DISTRICT OF PENNSYLVANIA — DESIGNATION FORM to be used by counsel to indicate the category of the case for the purpose of assignment to appropriate calendar.

13  2675

Address of Plaintiff: Philadelphia, PA

Address of Defendant: Philadelphia, PA + Conshohocken, PA 19428

Place of Accident, Incident or Transaction: _____
*(Use Reverse Side For Additional Space)*

Does this civil action involve a nongovernmental corporate party with any parent corporation and any publicly held corporation owning 10% or more of its stock?
(Attach two copies of the Disclosure Statement Form in accordance with Fed.R.Civ.P. 7.1(a))  Yes☐  No☒

Does this case involve multidistrict litigation possibilities?  Yes☐  No☒
RELATED CASE, IF ANY:
Case Number: _____ Judge _____ Date Terminated: _____

Civil cases are deemed related when yes is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?
   Yes☐  No☐

2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?
   Yes☐  No☐

3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action in this court?  Yes☐  No☐

4. Is this case a second or successive habeas corpus, social security appeal, or pro se civil rights case filed by the same individual?
   Yes☐  No☐

CIVIL: (Place ✔ in ONE CATEGORY ONLY)

A. *Federal Question Cases:*
1. ☐ Indemnity Contract, Marine Contract, and All Other Contracts
2. ☐ FELA
3. ☐ Jones Act-Personal Injury
4. ☐ Antitrust
5. ☐ Patent
6. ☐ Labor-Management Relations
7. ☒ Civil Rights
8. ☐ Habeas Corpus
9. ☐ Securities Act(s) Cases
10. ☐ Social Security Review Cases
11. ☐ All other Federal Question Cases
    (Please specify) _____

B. *Diversity Jurisdiction Cases:*
1. ☐ Insurance Contract and Other Contracts
2. ☐ Airplane Personal Injury
3. ☐ Assault, Defamation
4. ☐ Marine Personal Injury
5. ☐ Motor Vehicle Personal Injury
6. ☐ Other Personal Injury (Please specify)
7. ☐ Products Liability
8. ☐ Products Liability — Asbestos
9. ☐ All other Diversity Cases
   (Please specify) _____

ARBITRATION CERTIFICATION
*(Check Appropriate Category)*

I, _____, counsel of record do hereby certify:
☐ Pursuant to Local Civil Rule 53.2, Section 3(c)(2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs;
☐ Relief other than monetary damages is sought.

DATE: _____  _____  _____
         Attorney-at-Law            Attorney I.D.#

NOTE: A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

MAY 15 2013

I certify that, to my knowledge, the within case is not related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE: 5/15/13  *Steve Tomas*  *Deputy Clerk*
                Attorney-at-Law         Attorney I.D.#

CIV. 609 (5/2012)

LDD

*Transfer from the Middle District of PA 5/15/13*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**CASE MANAGEMENT TRACK DESIGNATION FORM**

Emily Frazer
v.
Temple University, et al.

CIVIL ACTION

NO. **13 2675**

In accordance with the Civil Justice Expense and Delay Reduction Plan of this court, counsel for plaintiff shall complete a Case Management Track Designation Form in all civil cases at the time of filing the complaint and serve a copy on all defendants. (See § 1:03 of the plan set forth on the reverse side of this form.) In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a Case Management Track Designation Form specifying the track to which that defendant believes the case should be assigned.

**SELECT ONE OF THE FOLLOWING CASE MANAGEMENT TRACKS:**

(a) Habeas Corpus – Cases brought under 28 U.S.C. § 2241 through § 2255.    ( )

(b) Social Security – Cases requesting review of a decision of the Secretary of Health and Human Services denying plaintiff Social Security Benefits.    ( )

(c) Arbitration – Cases required to be designated for arbitration under Local Civil Rule 53.2.    ( )

(d) Asbestos – Cases involving claims for personal injury or property damage from exposure to asbestos.    ( )

(e) Special Management – Cases that do not fall into tracks (a) through (d) that are commonly referred to as complex and that need special or intense management by the court. (See reverse side of this form for a detailed explanation of special management cases.)    ( )

(f) Standard Management – Cases that do not fall into any one of the other tracks.    (X)

5/15/13                  Steve Tomas              Deputy Clerk
Date                     Attorney-at-law          Attorney for

_____           _____            _____
Telephone               FAX Number               E-Mail Address

(Civ. 660) 10/02

MAY 15 2013



CLOSED,HBG,SPADFORM

# United States District Court
## Middle District of Pennsylvania (Harrisburg)
### CIVIL DOCKET FOR CASE #: 1:13-cv-00074-YK

**13  2675**

Frazer v. Temple University et al  
Assigned to: Chief Judge Yvette Kane  
Cause: 42:1983 Civil Rights Act

Date Filed: 01/11/2013  
Date Terminated: 05/15/2013  
Jury Demand: Both  
Nature of Suit: 360 P.I.: Other  
Jurisdiction: Federal Question

**Plaintiff**

**Emily Frazer**  represented by  **Jason P. Kutulakis**  
Abom & Kutulakis  
2 West High Street  
Carlisle, PA 17013  
(717) 249-0900  
Email: jpk@abomkutulakis.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Lauren E. Hokamp**  
Abom & Kutulakis, LLP  
2 West High Street  
Carlisle, PA 17013  
717-249-0900  
Email: leh@abomkutulakis.com  
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Temple University**  represented by  **Karen P. Gaster**  
Rubin, Fortunato & Harbison PC  
10 S. Leopard Road  
Paoli, PA 19301  
610.408.2017  
Email: kgaster@rubinfortunato.com  
*ATTORNEY TO BE NOTICED*

**Paul J. Sopher**  
Rubin, Fortunato & Harbison PC  
10 South Leopard Road  
Paoli, PA 19301  
610.408.2052  
Email: psopher@rubinfortunato.com  
*ATTORNEY TO BE NOTICED*

**Defendant**

Andrew Cerett

**Defendant**

Allied Barton Security Services, LLC
*TERMINATED: 03/11/2013*

represented by **John T. Donovan**
Rawle & Henderson LLP
One South Penn Square
Widener Building
Philadelphia, PA 19107
215-575-4200
*TERMINATED: 03/11/2013*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael T. Traxler**
Rawle & Henderson LLP
Payne Shoemaker Building, 9th Floor
240 North 3rd Street
Harrisburg, PA 17101
717-234-7700
Email: mtraxler@rawle.com
*TERMINATED: 03/11/2013*
*ATTORNEY TO BE NOTICED*

**Defendant**

Allied Barton Security Services, LLC; Security Guard

| Date Filed | # | Docket Text |
|---|---|---|
| 01/11/2013 | 1 | COMPLAINT - N/C to cnsl.; jury trial demanded. ( Filing fee $350, Receipt Number 2670509) (Attachments: # 1 Civil Cover Sheet)(jc) (Entered: 01/11/2013) |
| 01/11/2013 | 2 | SUMMONS ISSUED as to All Defendants and provided TO ATTORNEY ELECTRONICALLY VIA ECF for service on Defendant(s)in the manner prescribed by Rule 4 of the Federal Rules of Civil Procedure. (NOTICE TO ATTORNEYS RECEIVING THE SUMMONS ELECTRONICALLY: You must print the summons and the attachment when you receive it in your e-mail and serve them with the complaint on all defendants in the manner prescribed by Rule 4 of the Federal Rules of Civil Procedure). (jc) (Entered: 01/11/2013) |
| 01/11/2013 | 3 | Letter to counsel RE: Case Assignment and Procedures. Signed by Chief Judge Yvette Kane on 1/11/13. (rc) (Entered: 01/14/2013) |
| 02/01/2013 | 4 | WAIVER OF SERVICE Returned by Emily Frazer. Temple University waiver sent on 1/21/2013, answer due 3/22/2013. (Kutulakis, Jason) (Entered: 02/01/2013) |
| 02/08/2013 | 5 | NOTICE of Appearance by Karen P. Gaster on behalf of Temple University |

| | | (Gaster, Karen) (Entered: 02/08/2013) |
|---|---|---|
| 02/08/2013 | 6 | DISCLOSURE STATEMENT PURSUANT TO FRCP 7.1 by Temple University. (Gaster, Karen) (Entered: 02/08/2013) |
| 02/12/2013 | 7 | NOTICE of Appearance by Paul J. Sopher on behalf of Temple University (Sopher, Paul) (Entered: 02/12/2013) |
| 02/12/2013 | 8 | NOTICE of Appearance by Michael T. Traxler on behalf of Allied Barton Security Services, LLC (Traxler, Michael) (Entered: 02/12/2013) |
| 02/12/2013 | | SPECIAL ADMISSION FORM AND ECF REGISTRATION FORM SENT to John T. Donovan. (jc) (Entered: 02/12/2013) |
| 02/14/2013 | 9 | NOTICE of Appearance by Lauren E. Hokamp on behalf of Emily Frazer (Hokamp, Lauren) (Entered: 02/14/2013) |
| 02/20/2013 | | SPECIAL ADMISSION AND ECF REGISTRATION FORMS SENT to Karen P. Gaster. (pjr) (Entered: 02/20/2013) |
| 02/20/2013 | | SPECIAL ADMISSION AND ECF REGISTRATION FORMS SENT to Paul Sopher. (pjr) (Entered: 02/20/2013) |
| 02/20/2013 | 10 | MOTION to Transfer Case *to the Eastern District of Pennsylvania* by Temple University. (Attachments: # 1 Brief in Support of Motion to Transfer Venue, # 2 Exhibit(s) A, # 3 Exhibit(s) B (Unpublished Opinions), # 4 Proposed Order) (Sopher, Paul) (Entered: 02/20/2013) |
| 02/22/2013 | | DOCKET ANNOTATION: COUNSEL is advised that Document 10 filed 2/20/13 contains the brief in support of the motion. The brief in support is to be REDOCKETED as a separate document using the event BRIEF IN SUPPORT located under RESPONSES/REPLIES (BRIEFS). (jc) (Entered: 02/22/2013) |
| 02/22/2013 | 11 | BRIEF IN SUPPORT re 10 MOTION to Transfer Case *to the Eastern District of Pennsylvania* filed by Temple University.(Sopher, Paul) (Entered: 02/22/2013) |
| 03/05/2013 | 12 | BRIEF IN OPPOSITION re 10 MOTION to Transfer Case *to the Eastern District of Pennsylvania* filed by Emily Frazer.(Kutulakis, Jason) (Entered: 03/05/2013) |
| 03/06/2013 | | DOCKET ANNOTATION: COUNSEL is advised that a certificate of service is to be DOCKETED in reference to Document 12 filed 3/5/13. (jc) (Entered: 03/06/2013) |
| 03/07/2013 | 13 | ANSWER to 1 Complaint *with Separate Defenses* by Allied Barton Security Services, LLC.(Traxler, Michael) (Entered: 03/07/2013) |
| 03/07/2013 | 14 | CERTIFICATE of by Emily Frazer re 12 Brief in Opposition *to Motion to Transfer Venue*. (Kutulakis, Jason) (Entered: 03/07/2013) |
| 03/08/2013 | 15 | STIPULATION of Dismissal *of Allied Barton Security Service, LLC* by Emily Frazer. (Kutulakis, Jason) (Entered: 03/08/2013) |
| 03/11/2013 | 16 | ORDER - IT IS AGREED BY AND BETWEEN the parties that 15 Allied |

| | | |
|---|---|---|
| | | Barton Security Services, LLC is DISMISSED from this matter with prejudice. Signed by Chief Judge Yvette Kane on March 11, 2013. (sc) (Entered: 03/11/2013) |
| 03/14/2013 | 17 | REPLY BRIEF re 10 MOTION to Transfer Case *to the Eastern District of Pennsylvania* filed by Temple University. (Attachments: # 1 Exhibit(s) Exhibit A (Email from Cerett), # 2 Exhibit(s) Exhibit B (Plaintiff's Facebook page)) (Gaster, Karen) (Entered: 03/14/2013) |
| 03/18/2013 | 18 | MOTION to Exceed Page Limitation by Temple University. (Attachments: # 1 Proposed Order)(Gaster, Karen) (Entered: 03/18/2013) |
| 03/20/2013 | 19 | WAIVER OF SERVICE Returned by Emily Frazer. Andrew Cerett waiver sent on 3/15/2013, answer due 5/14/2013. (Kutulakis, Jason) (Entered: 03/20/2013) |
| 03/20/2013 | 20 | ORDER - IT IS HEREBY ORDERED that the 18 Motion for Leave to File Excess Pages is GRANTED. Temple's brsup of its motion to dismiss is not to exceed 45 pages. Signed by Chief Judge Yvette Kane on March 20, 2013. (sc) (Entered: 03/20/2013) |
| 03/22/2013 | 21 | MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *Pursuant to Fed. R. Civ. P. 12(b)(6)* by Temple University. (Attachments: # 1 Proposed Order)(Sopher, Paul) (Entered: 03/22/2013) |
| 03/22/2013 | 22 | BRIEF IN SUPPORT re 21 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *Pursuant to Fed. R. Civ. P. 12(b)(6)* filed by Temple University. (Attachments: # 1 Unpublished Opinion(s) (1 of 2), # 2 Unpublished Opinion(s) (2 of 2))(Sopher, Paul) (Entered: 03/22/2013) |
| 04/05/2013 | 23 | BRIEF IN OPPOSITION re 21 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *Pursuant to Fed. R. Civ. P. 12(b)(6)* filed by Emily Frazer. (Attachments: # 1 Certificate of Compliance, # 2 Exhibit(s), # 3 Certificate of Service)(Kutulakis, Jason) (Entered: 04/05/2013) |
| 04/19/2013 | 24 | REPLY BRIEF re 21 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *Pursuant to Fed. R. Civ. P. 12(b)(6)* filed by Temple University. (Attachments: # 1 Unpublished Opinion(s))(Sopher, Paul) (Entered: 04/19/2013) |
| 05/14/2013 | 25 | MOTION for Default Judgment as to *Defendant Andrew Cerett* by Emily Frazer. (Attachments: # 1 Proposed Order, # 2 Exhibit A, # 3 Exhibit B, # 4 Certificate of Service)(Kutulakis, Jason) (Entered: 05/14/2013) |
| 05/14/2013 | 26 | REQUEST FOR ENTRY OF DEFAULT by Emily Frazer. (Attachments: # 1 Proposed Order, # 2 Exhibit A, # 3 Exhibit B, # 4 Certificate of Service) (Kutulakis, Jason) (Entered: 05/14/2013) |
| 05/15/2013 | 27 | Clerk's ENTRY OF DEFAULT as to Andrew Cerett for failure to plead or otherwise defend. Signed by Deputy Clerk on 5/15/13. (pw) (Entered: 05/15/2013) |
| 05/15/2013 | 28 | ORDER - IT IS HEREBY ORDERED that the 10 Motion to Transfer Venue is GRANTED and this action is TRANSFERRED to USDC for EDPA. Signed by Chief Judge Yvette Kane on May 15, 2013. (sc) (Entered: 05/15/2013) |

| 05/15/2013 | DOCKET ANNOTATION: This case has been electronically transferred to the ED of PA today. (jw) (Entered: 05/15/2013) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 05/16/2013 10:39:41 | | | |
| PACER Login: | us4447 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 1:13-cv-00074-YK |
| Billable Pages: | 3 | Cost: | 0.30 |