Andrew Cerett
P.O. Box 322
Fredericktown, PA 15333

814-644-3702
d1football2010@yahoo.com
Defendant, Pro se

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

EMILY FRAZER,

    Plaintiff,

vs.

TEMPLE UNIVERSITY, *et al.*

    Defendants.

FILED
SEP 13 2013
MICHAEL E. KUNZ, Clerk
By _____ Dep. Clerk

CIVIL ACTION

NO. 13-2675

ANSWER OF DEFENDANT ANDREW CERETT TO COMPLAINT OF PLAINTIFF EMILY FRAZER

[DEMAND FOR JURY TRIAL]

---

Defendant, Andrew Cerett, answers the complaint of Plaintiff, Emily Frazer as follows:

1.    Defendant admits the allegations in paragraphs 1, 2 and 3 in part, to the extent that they set forth Plaintiff's cause of action. To the extent these paragraphs set forth conclusions of law and statements of fact relating to any potential cause or causes of action, those statements are denied.

2.    Defendant admits the allegations in paragraph 4.

3. Defendant denies the allegations in paragraph 5. Venue has already been deemed improper in the middle district of Pennsylvania, and therefore transferred to the Eastern District of the United States District Court.

4. Defendant admits the allegations in paragraph 6.

5. Defendant denies the allegations in paragraph 7, 8 and 9.

6. Defendant admits the allegations in paragraphs 10, 11 and 12.

7. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 13, 14 and 15 and therefore denies them.

8. Defendant admits the allegations of paragraph 16 in part to the extent that he is an adult individual and was a full time Temple University student. Defendant denies that he was a student from May of 2010 until May of 2011.

9. Defendant admits the allegations of paragraph 17 in part, but denies he was a student athlete in May of 2010. Defendant was enrolled as a student from August of 2010 until February of 2011.

10. Defendant admits the allegations in paragraph 18.

11. Defendant admits the allegations in paragraph 19.

12. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraphs 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32 and 33, and therefore denies them.

13. Defendant denies the allegations in paragraph 34. Defendant was a student at Temple University from August of 2010 until February of 2011.

14. Defendant admits the allegations in paragraph 35.

15. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 36, 37, 38, 39, 40, 41, 42, 43, 44, 45 and 46, and therefore denies them.

16. Defendant admits the allegations in paragraphs 47, 48, 49 and 50.

17. Defendant denies the allegations in paragraphs 51, 52, 53, 54, 55, 56, 57, 58 and 59.

18. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraphs 60, 61 and 62, and therefore denies them.

19. Defendant denies the allegations in paragraphs , 63, 64, 65, 66, 67, 68, 69, 70, 71, 72, 73, 74, 75, 76, 77, 78, 79, 80, 81, 82, 83, 84, 85, 86, 87, 88, 89, 90, 91 and 92.

20. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 93, and therefore denies them.

21. Defendant admits that a disciplinary hearing was held on February 18, 2011 as set forth in paragraph 94. Defendant denies that the hearing was relating to an assault.

22. Defendant admits the allegations in paragraphs 95, 96 and 97.

23. Defendant denies the allegations in paragraphs 98, 99, 100, 101, 102, 103 and 104.

24. Defendant lacks the knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 105, 106, 107, 108, 109, 110, 111, 112, 113, 114, 115, 116, and 117 and therefore denies them.

25. Defendant denies the allegations in paragraphs 118, 119, 120, 121, 122, 123, 124, 125, 126, 127, 128, 129, 130, 131, 132, 133, 134, 135 and 136.

26. Defendant lacks the knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 137.

27. Defendant denies the allegations in paragraphs 138, 139, 140, 141, 142 and 143.

28. Defendant admits that the University did not hold a disciplinary hearing as set forth in paragraph 144. Defendant denies any basis for a hearing and denies the allegation of an assault.

29. Defendant denies the allegations in paragraphs 145, 146, 147, 148, 149, 150, 151, 152, 153, 154, 155, 156, 157, 158, 159, 160, 161, 162, 163, 164, 165, 166, 167, 168, 169, 170, 171, 172, 173, 174, 175, 176, 177, 177, 178, 179, 180, 181, 182, 183, 184, 185, 186, 187, 188, 189, 190, 191, 192, 193, 194, 195, 196, 197, 198, 199, 200, 201, 202, 203, 204, 205, 206, 207, 208, 209, 210, 211, 212, 213, 214, 215, 216, 217, 218, 219, 220 and 221.

30. Except as expressly admitted herein, Defendant denies all of the allegations of the complaint.

WHEREFORE, Defendant prays that Plaintiff:

1. Take nothing by their complaint;
2. That said complaint be dismissed against this Answering Defendant with prejudice;
3. For the costs of suit incurred herein; and
4. For such other and further relief as the court may deem just and proper.

Dated 2-2-3

ANDREW CERETT, Pro Se

## DEMAND FOR JURY TRIAL

Defendant, Andrew Cerett hereby demands a trial by jury on all issues triable by a jury in the above-entitled action.

Dated 2-2-3

ANDREW CERETT, Pro Se
P.O. Box 322
Fredericktown, PA 15333
Email: d1football2010@yahoo.com
814-644-3702