IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **EMILY FRAZER** | : | CIVIL ACTION |
| *Plaintiff* | : | |
| | : | NO. 13-2675 |
| v. | : | |
| | : | |
| **TEMPLE UNIVERSITY,** *et al.* | : | |
| *Defendants* | : | |

# ORDER

**AND NOW**, this 5th day of June 2014, upon consideration of the *motion to dismiss* of Defendant Temple University ("Defendant"), filed pursuant to Federal Rule of Civil Procedure 12(b)(6) [ECF 1-21], Plaintiff's opposition thereto [ECF 1-27], Defendant's reply [ECF 1-28], Defendant's notice of supplemental authority [ECF 11], the allegations contained in the complaint [ECF 1-1], and for the reasons set forth in the accompanying memorandum opinion, it is hereby **ORDERED** that Defendant's motion to dismiss is **GRANTED** as to Counts I, II and II.  It is further **ORDERED** that Plaintiff's remaining state law claims (Counts IV through IX) are **DISMISSED** without prejudice.  The Clerk of Court is directed to close this matter for statistical purposes.

BY THE COURT:

*/s/ Nitza I. Quiñones Alejandro*
NITZA I. QUIÑONES ALEJANDRO, J.